# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MICHAEL J. HEWITT,**

                **Plaintiff,**

**-vs-**                                  **Case No. 6:06-cv-1105-Orl-31KRS**

**MOBILE REACH INTERNATIONAL ,**

                **Defendant.**

## ORDER

Upon consideration of Defendant's Motion to Vacate Default (Doc. 14), Plaintiff's Response thereto (Doc. 16) and Plaintiff's Motion for Entry of Default Judgment (Doc. 9) and Defendant's opposition thereto (Doc. 15), it is

**ORDERED** that the Motion to Vacate Default is GRANTED, and the Motion for Entry of Default Judgment is DENIED, as moot. Defendant shall file its responsive pleading by November 3, 2004.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on October 24, 2006.

Copies furnished to:

Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE